UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**PANKO ELECTRICAL AND MAINTENANCE INC.,**

Plaintiff

-against-

**SELECTIVE WAY INSURANCE COMPANY,**

Defendant

**STIPULATION OF DISCONTINUANCE**

Case No. 3:16-CV-00316-FJS/DEP

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the Attorneys of Record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, on the merits with prejudice, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: July ___, 2017

July 25, 2017

_____
Philip J. Artz, Esq.
McDonough & Artz, P.C.
*Attorneys for Plaintiff*
49 Court Street, Suite 237
Binghamton, NY 13901
607-772-6070

_____
Jennifer A. Ehman, Esq.
Hurwitz & Fine, P.C.
*Attorneys for Defendant*
424 Main St., Suite 1300
Buffalo, NY 14202
716-849-8900

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: August 14, 2017
Syracuse, NY